UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                       Case No. 11-20425-7

JON RYAN,

    Defendant.
                                         /

**ORDER STRIKING DEFENDANT'S MOTIONS**

On March 6, 2012, Defendant Jon Ryan filed thirteen motions in this matter. However, it does not appear that, prior to filing, defense counsel complied with the Eastern District of Michigan Local Rules by attempting to ascertain whether the motions were opposed by the Government. *See* E.D. Mich. LCrR 12.1(a); E.D. Mich. LR 7.1(a)(1). None of the motions state, as required, that "there was a conference between attorneys . . . in which the movant explained the nature of the motion or request and its legal basis and requested but did not obtain concurrence in the relief sought" or that "despite reasonable efforts . . . the movant was unable to conduct a conference." E.D. Mich. LR 7.1(a)(2). In fact, in defense counsel's words, "[i]t is anticipated that the Government will comply" with at least some of these motions, the majority of which are "various sundry discovery motions." (Def.'s Mot. Leave File Add. Pretrial Mots. 1, Dkt. #67.) Because defense counsel did not fulfill his obligation to determine whether this compliance could be obtained before to filing his numerous motions, the court will strike them from the docket. Accordingly,

IT IS ORDERED that the motions filed by Defendant on March 6, 2012 [Dkt. ## 67-79], are hereby STRICKEN from the docket of the court.

     s/Robert H. Cleland             
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  March 12, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 12, 2012, by electronic and/or ordinary mail.

  s/Lisa Wagner                  
Case Manager and Deputy Clerk
(313) 234-5522