**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                             Case No. 11-20425

JON RYAN,

    Defendant.
                                          /

**ORDER GRANTING IN PART DEFENDANT'S MOTION FOR DISCOVERY
AND UNSEALING PLEA HEARING TRANSCRIPT**

On January 8, 2014, Defendant Jon Ryan filed a pro se "Motion for Discovery" asking the court to supply him with his sealed Rule 11 Plea Hearing transcript. The court interprets Defendant's motion as a request to unseal his plea hearing transcript. The government does not appear to oppose this request, and cites substantial portions of the plea hearing transcript in its response to Defendant's motion to vacate.

Although the court initially sealed Defendant's plea hearing transcript pursuant to the government's request, further review of the matter reveals that it is not necessary to keep the hearing transcript under seal and discussion of the plea colloquy appears essential to resolving Defendant's claims. However, in order to receive a copy of the transcript, Defendant must either pay the appropriate fee, or submit the necessary forms for the fee to be waived by the court. The court will direct that these forms be provided to Defendant. Accordingly,

IT IS ORDERED that Defendant's "Motion for Discovery" [Dkt. # 123] ]is GRANTED IN PART.

IT IS FURTHER ORDERED that Defendant's plea hearing transcript [Dkt. # 119] is UNSEALED.

IT IS FURTHER ORDERED that the clerk is DIRECTED to mail the appropriate forms to request the transcript to Defendant.

IT IS FURTHER ORDERED that Defendant will file any reply to the government's response to his motion to vacate by **April 30, 2014**.

    s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: March 20, 2014


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 20, 2014, by electronic and/or ordinary mail.

    s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522