UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                           Criminal No.  11-20425-7
                                           Civil No.       11-14134

JON RYAN,

    Defendant.
_____/

## ORDER CLOSING CASE IN LIEU OF JUDGMENT

On July 2, 2014, the court entered an order denying Defendant Jon Ryan's "Motion to Vacate, Set Aside, or Correct Sentence." Inasmuch as the issues in controversy have been resolved, the instant matter is deemed closed. Accordingly,

IT IS ORDERED that the Clerk of the Court close the above-captioned case.

                                           s/Robert H. Cleland
                                           ROBERT H. CLELAND
                                           UNITED STATES DISTRICT JUDGE

Dated: July 2, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 2, 2014, by electronic and/or ordinary mail.

                                           s/Lisa Wagner
                                           Case Manager and Deputy Clerk
                                           (313) 234-5522